UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

CHRISTOPHER JOHN CRANE,

    Plaintiff,

v.

    Case No. 22-cv-535-pp

COMMISSIONER OF THE
SOCIAL SECURITY ADMINISTRATION,

    Defendant.

---

**ORDER GRANTING STIPULATED MOTION FOR REMAND (DKT. NO. 18), AND REMANDING CASE FOR FURTHER PROCEEDINGS UNDER SENTENCE FOUR OF 42 U.S.C. §405(g)**

---

The parties filed a stipulated motion for remand for further proceedings pursuant to sentence four of 42 U.S.C. §405(g). Dkt. No. 18. The court **GRANTS** the stipulated motion for remand, and **ORDERS** that:

The Commissioner of Social Security's denial of benefits is **REVERSED** and this case is **REMANDED** to the Commissioner. On judicial remand, the administrative law judge will develop the administrative record as necessary and issue a new decision, and following the sequential evaluation process, determine whether the plaintiff is disabled.

Dated in Milwaukee, Wisconsin this 31st day of October, 2022.

BY THE COURT:

_____
**HON. PAMELA PEPPER
Chief United States District Judge**

1

Case 2:22-cv-00535-PP   Filed 10/31/22   Page 1 of 1   Document 19